IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN - 6 2025

CLERK, U.S. DISTRICT COURT
By_____
    Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:25-MJ-006 |
| JAVON LYNN SIMS JR. | |

## CRIMINAL COMPLAINT

**Alleged Offense:**

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

*Assaulting a Federal Officer Using a Deadly or Dangerous Weapon*
[Violation of 18 U.S.C. § 111(a)]

On or about September 26, 2024, in the Fort Worth Division of the Northern District of Texas, defendant **Javon Lynn Sims Jr.** did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with Special Agents K.D., M.W., and T.B., Agents, Drug Enforcement Administration, and Task Force Officer J.G., Task Force Officer, Drug Enforcement Administration, while Special Agents K.D., M.W., and T.B. and Task Force Officer J.G. were engaged in their official duties, and in the commission of said act the defendant used a deadly or dangerous weapon.

In violation of 18 U.S.C. § 111.

**Probable Cause:**

1.  On September 26, 2024, at approximately 12:21 p.m., FBI agents were notified of a shooting involving a federal agent with the Drug Enforcement Administration (DEA) at the Chisholm Ranch Apartments, 5100 River Valley Boulevard, Fort Worth, Texas 76132.

Criminal Complaint – Page 1

2. Upon arrival, FBI agents learned that DEA's Strike Force 2, which was comprised of DEA Special Agents and Task Force Officers (TFOs) from other jurisdictions, were conducting surveillance within the Chisholm Ranch Apartments to locate and arrest a subject for whom they had a federal arrest warrant.

3. As members of DEA Strike Force continued to surveil the area, they observed a Silver Nissan Maxima bearing Texas registration JLR5524 (SUBJECT VEHICLE), enter the parking lot and park in a parking spot outside of their target's apartment. The person driving the SUBJECT VEHICLE was described as a black male with a short afro.

4. Shortly after the SUBJECT VEHICLE was parked, DEA Strike Force members observed their target exit his apartment, walk down the stairs toward the parking lot, and enter the front passenger's seat of the SUBJECT VEHICLE. DEA Strike Force members indicated they believed a potential drug transaction was occurring within the vehicle as their target was known to distribute narcotics.

5. After observing their target enter the SUBJECT VEHICLE, Strike Force members decided to conduct a felony stop on the vehicle by pinning the vehicle in its parking spot and calling the occupants out of the vehicle; however, prior to attempting to execute the arrest, a vehicle pulled behind the SUBJECT VEHICLE and began to honk its horn at it. The SUBJECT VEHICLE then exited the parking spot, drove around the apartment building, and re-parked in another parking spot.

6. After Strike Force members observed the SUBJECT VEHICLE's new parking location, they prepared to execute the arrest of their target. A black Escalade carrying three DEA Special Agents and a DEA Task Force Officer (DEA Special Agents K.D., M.W., and T.B. and DEA TFO J.G.) pulled behind the SUBJECT VEHICLE and activated its lights and sirens. As Strike Force members exited their vehicle and began to give verbal commands to the occupants in the SUBJECT VEHICLE, the operator of the SUBJECT VEHICLE placed the vehicle in reverse and began to repeatedly strike the Escalade and the vehicle parked next to it in an apparent attempt to flee.

7. As the SUBJECT VEHICLE repeatedly struck the law enforcement vehicle, the impact from the collision caused DEA Special Agent K.D.'s hand to get caught between the door and the vehicle's frame causing injury to her hand. As the SUBJECT VEHICLE continued to force its way out of the parking spot, another DEA agent fired one round at the vehicle as he feared the driver of the SUBJECT VEHICLE was preparing to strike him. The SUBJECT VEHICLE then fled the parking lot after forcing its way around the vehicles. The SUBJECT VEHICLE was not pursued by Strike Force members. Following the incident, Strike Force members called 911 and reported the incident to Fort Worth Police Department (FWPD).

8. In an attempt to locate the vehicle, FWPD ran SUBJECT VEHICLE's license plate through the license plate reader system to see if they could determine where the SUBJECT VEHICLE went or an area it was known to frequent. As a result of the search, FWPD learned the vehicle was known to frequent the area of

1801 Ellington Drive, Fort Worth, Texas 76112. FWPD officers then traveled to the address to attempt to locate the vehicle.

9. Upon arriving at the 1801 Ellington Drive, FWPD officers observed a vehicle parked in the driveway with a tarp covering it. The tarp was secured to the vehicle using a brick on one end and a weight plate on the other. As FWPD officers continued to surveil the location, a gust of wind lifted the tarp from the vehicle exposing extensive damage and black paint transfer on the vehicle.

10. After locating the vehicle, FWPD reported the information to DEA and FBI agents. In response, a DEA agent who witnessed the incident conducted a drive-by of the residence and confirmed the vehicle FWPD located was the SUBJECT VEHICLE used in the assault of one or more federal agents.

11. As FBI agents traveled to the area where the SUBJECT VEHICLE was located, FWPD informed agents they observed a black male (later identified as Brandel Harper) attempt to re-cover the SUBJECT VEHICLE after the tarp was blown up by the wind. Shortly after attempting to re-cover the SUBJECT VEHICLE, the black male departed the residence driving a White Ford Ranger.

12. As the White Ford Ranger departed the residence, FWPD officers learned the license plate affixed to the Ford Ranger was expired as of February 2021. After gathering the aforementioned information, FWPD conducted a high-risk traffic stop on the vehicle; during which, the driver exited the vehicle and was detained without incident.

13. The driver of the White Ford Ranger was identified as Brandel Harper of Fort Worth, Texas. FWPD later arrested Harper for Tampering with Evidence after observing him attempting to conceal the SUBJECT VEHICLE with a tarp and Possession of Marijuana.

14. As a result of Harper's arrest, the vehicle he was driving (the White Ford Ranger) was inventoried and towed by FWPD. As a result of the vehicle inventory, FWPD collected a red iPhone which was believed to belong to Harper, as he was the sole occupant of the vehicle. FBI agents later took custody of the Harper's iPhone as it was believed to contain evidence regarding the identity of the driver of the SUBJECT VEHICLE.

15. After clearing the traffic stop, FWPD officers and FBI agents traveled to 1801 Ellington Drive, Fort Worth, Texas 76112, to contact the occupants of the residence regarding the SUBJECT VEHICLE being parked in their driveway; however, all attempts were unsuccessful. FWPD then towed the SUBJECT VEHICLE to a secure bay at 2500 Brennan Avenue, Fort Worth, Texas 76106.

16. Prior to departing the scene, FBI agents captured the following images of the vehicle as it was being towed:



17.   The SUBJECT VEHICLE was later determined to be a 2016 Nissan Maxima, which was registered to Tara Lashai Kelley, of Mansfield, Texas. The vehicle was assigned vehicle identification number 1N4AA6AP3GC402691.

### INTERVIEW OF NISSAN MAXIMA'S REGISTERED OWNER

18.   On October 2, 2024, FBI agents traveled to Mansfield, Texas, where they interviewed Tara Kelley (hereafter, "Kelley"), the registered owner of the SUBJECT VEHICLE. Kelley informed FBI agents she was telephonically contacted the week prior by a childhood friend called "Doo-Hickey." Doo-Hickey asked Kelley to borrow her vehicle and had since failed to return it. Kelley attempted to contact Doo-Hickey but was unsuccessful. Kelley informed FBI agents she was working at the time of their visit but would contact them at a later date to provide additional information related to Doo-Hickey; however, as of this writing, Kelley has failed to contact agents.

## PHONE NUMBER ASSOCIATED WITH TARGET CELL PHONE

19. On October 7, 2024, FBI Agents obtained a search warrant for the contents of the Harper's iPhone. The iPhone was then turned over to the North Texas Regional Computer Forensics Laboratory for analysis. During the process of completing the analysis, FBI agents were informed the phone number associated with Harper's iPhone was 817-790-1390, a phone number serviced by AT&T.

## AT&T SEARCH WARRANT FOR HARPER'S HISTORICAL LOCATION INFORMATION

20. On October 15, 2024, FBI agents obtained a search warrant for historical location information related to Harper's iPhone which they served on AT&T.

21. On October 22, 2024, AT&T provided FBI agents with historical location information related to Harper's device. A preliminary review of the data indicated that Harper's device was not present in the area at the time DEA agents were assaulted. The records provided by AT&T were turned over to the FBI's Computer Analysis Survey Team for review.

## DIGITAL EVIDENCE OBTAINED FROM HARPER'S IPHONE

22. During the investigation, FBI agents obtained a search warrant to review the contents of Harper's iPhone as they believed it would contain evidence related to this investigation. While reviewing the contents of the device, FBI agents located a video depicting an unknown male entering the driver's seat of a silver Nissan. The silver Nissan appeared to be the same Nissan used in the assault of one or more federal agents—i.e., the SUBJECT VEHICLE.

23.  The male[1] entering the driver's side of the vehicle was African American, wearing purple pants, purple shoes, a purple shirt, and carrying three cell phones in his left hand as further depicted below:





---

[1] This individual was later identified to be Javon Lynn Sims Jr.

Criminal Complaint – Page 8

24. As FBI agents continued their search for evidence, they located additional photographs containing full facial images of the unknown male. Some of the images are depicted below.



## REVIEW OF HARPER'S TOLL RECORDS

25. While reviewing Harper's toll records from September 26, 2024, between 11:00 a.m. and 12:00 p.m., FBI agents observed that at 11:38 a.m., Harper received a phone call from phone number 682-256-9062, (TARGET CELL PHONE). The TARGET CELL PHONE was found to be associated with **Javon Lynn Sims Jr. (Sims)** and female who resided in Mansfield, Texas.

## HARPER AND SIMS FACEBOOK ASSOCIATION

26. On October 25, 2024, FBI agents located Brandel Harper's public Facebook account. While reviewing the images associated with the account, FBI agents observed a photograph of Harper, an elderly woman, and an unknown male. According to Facebook, the image was posted by Harper on May 8, 2019, and had 35 reactions and five comments.

Criminal Complaint – Page 9

27. While reviewing the comments associated with the post, FBI agents observed that Harper tagged the account of "Javon Sims Jr". After tapping the hyperlink, FBI agents were re-directed to the page of "TrapMoney Poochie."

28. As FBI agents reviewing the images associated with TrapMoney Poochies's Facebook page, they located the following images indicating that TrapMoney Poochie was an alias used by **Sims**.



29. This positive identification led law enforcement to conclude that the individual previously identified on video in the purple pants, purple shoes, and a purple shirt carrying multiple cell phones entering the driver's side of the vehicle believed to be the SUBJECT VEHICLE was **Sims**.

30. Sims's Facebook page contained a hyperlink which re-directed viewers from his Facebook page to a YouTube page which contained multiple music videos

depicting **Sims** in possession of firearms, drugs, and large sums of cash. Many of the lyrics in **Sims's** music videos were related to violence and drug trafficking. Additionally, FBI agents located a video titled, "Twisted Black 1st Birthday Home 2023 Studio w/Trap $ Poochie" in which **Sims** and Harper were depicted together celebrating the release of "Twisted Black" from federal prison as further depicted below:





31.    Twisted Black was identified as Tommy Burns. According to open-source research, in 2006 Burns was arrested by DEA agents for drug trafficking. Burns was later sentenced to 30 years in federal prison; however, he was released in July 2023 after winning an appeal for re-sentencing in 2008.

Criminal Complaint – Page 11

## SIMS'S ASSOCIATION TO TARA KELLEY

32. During the investigation, FBI agents learned that **Sims** was associated with a business called, Trap $ Music, LLC, which was located at 6229 Vel Drive, Fort Worth, Texas 76112. According to Texas Secretary of State records, Trap $ Music, LLC was formed on October 14, 2021, by **Sims** and Tara Kelley, the owner of the SUBJECT VEHICLE. Texas Secretary of State records indicated that **Sims** and Kelley were listed as the managers of Trap $ Music, LLC which was forfeited in 2023.

## SIMS'S FAMILIAL RELATIONSHIP TO TARA KELLEY

33. As FBI agents continued to gather information related to **Sims** they became aware of an arrest report authored on November 9, 2016, by Forth Worth Police Department (report number 160106912), which indicated that **Sims** was arrested for drug possession after being found to be in possession of marijuana, pills, and heroin, during a traffic stop. At the time of his arrest, **Sims** was in the company of three children, JvS (4 years old), VjS (3 years old), and JlS (2-3 months of age). According to the arrest report, all three children were released to **Sims's** mother, Tara Kelley.

## INTERNATIONAL MOBILE EQUIPMENT IDENTIFICATION ASSOCIATED WITH TARGET CELL PHONE

34. During the course of the investigation, FBI agents learned that the TARGET CELL PHONE was assigned IMEI number 351446989868583. An open-source search indicated the IMEI number was associated with an Apple iPhone 14 Pro Max device.

Criminal Complaint – Page 12

## SUBSCRIBER ASSIGNED TO TARGET CELL PHONE

35. On November 12, 2024, FBI agents received a search warrant return from T-Mobile which identified the subscriber of the T-Mobile account to be "Shirley Ward" of 8408 Tallahassee Lane, Fort Worth, Texas 76123. The T-Mobile account was activated on December 23, 2022, and appeared to have been terminated on October 8, 2024.

## SIMS'S RELATIONSHIP TO SHIRLEY WARD

36. During the course of the investigation, FBI agents learned Ward was associated with phone number 817-881-1336. Open-source research indicated Ward's phone number was associated with Cash App account, "1CherryAnn" which contained the following image of Ward:



37. After learning of Ward's Cash App username, FBI agents accessed the Instagram account of TrapMoney Poochie, an account known to be utilized by **Sims**. While reviewing the account, FBI agents learned **Sims** was being followed by an individual named, "Cuzzocherry". The aforementioned account was private; however, it contained a link to the public Facebook page of "Cherry Ward" and YouTube page of "Cherry Money".

Criminal Complaint – Page 13

38. Upon accessing the YouTube page of "Cherry Money," FBI agents learned Ward was a rap artist who used the stage name, "Cherry Money." Approximately one year ago, a video titled, "Cherry$ - Like Barbie (freestyle) [official Video]", was posted to the account's page. While watching the video, FBI agents observed Ward and **Sims** hugging and dancing with each other. Some screen captures from the music video are further depicted below:



39. After comparing the photographs associated with the Facebook page, YouTube channel, and Cash App accounts of "Cherry" to the image on Wards's Texas Driver's License, FBI agents determined the user of the accounts was Shirley Ward.

## APPLE FEDERAL GRAND JURY SUBPOENA

40. On November 25, 2024, FBI agents subpoenaed Apple, Inc., for information related to phone number 682-256-9062 (the number associated with the TARGET CELL PHONE), from September 25, 2024, to present date. A response from Apple indicated the phone number was associated with an Apple device registered to Javon Sims of 6220 Truman Drive, Fort Worth, Texas 76112. The Apple device was registered to Sims on January 2, 2023, and the account was still listed as "active" as of December 3, 2024.

Criminal Complaint – Page 14

## CELLULAR ANALYSIS SURVEY TEAM (CAST) ANALYSIS

41. A review conducted by CAST indicated that the TARGET CELL PHONE was present at the crime scene on the day of the incident at 11:25 a.m., utilized a phone tower near Tarrant County Community College's South Campus as it traveled eastbound on Interstate 20E at 11:25 a.m., and finally in the area where the SUBJECT VEHICLE was recovered at 11:38 a.m.

42. The CAST analysis also revealed that Harper received a phone call from the TARGET CELL PHONE at 11:38 a.m. in the area of his residence. At approximately 11:49 a.m., the analysis revealed that Harper's device moved from his residence to the same location as the TARGET CELL PHONE indicating that Harper and the user of the TARGET CELL PHONE were together in the area where the SUBJECT VEHICLE was abandoned.

## SEARCH WARRANT EXECUTION ON SUBJECT VEHICLE

43. On October 10, 2024, the FBI's Evidence Response Team (ERT) searched the SUBJECT VEHICLE to gather evidence needed to identify the driver. During which, ERT personnel vacuumed the vehicle for trace evidence, collected open bottles, latent prints, and swabbed the vehicle for DNA. The items collected by ERT were sent to the FBI's laboratory in Quantico, Virginia, for analysis.

## FBI LABORATORY BIOMETRICS REPORT

44. On December 4, 2024, FBI agents received a preliminary report from the FBI's Latent Print Operations Unit which indicated that prints collected from the

SUBJECT VEHICLE's driver's side window and door handle were found to belong to "Javon Lynn Sims."

45. Although I have not listed all the facts regarding the offenses of **Javon Lynn Sims Jr.**, I believe that the facts stated here establish probable cause that **Javon Lynn Sims Jr.**, has committed a violation of 18 U.S.C. § 111, Assault of U.S. Government Officer or Employee.

Respectfully submitted,

Michael Gantt
Special Agent
Federal Bureau of Investigation

Sworn to me at 1:40 a.m./p.m. in Fort Worth, Texas, on this 6TH day of January, 2025.

HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE

Criminal Complaint – Page 16